# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CHUBB CUSTOM INSURANCE COMPANY** as subrogee of RLJ Management, Inc., | : : : : | |
| Plaintiff, | : : | CASE NO.: 2:16-CV-92 |
| v. | : : | JUDGE JAMES L. GRAHAM |
| | : : | MAGISTRATE JUDGE KEMP |
| **RICHARD GASTON, ET AL.,** | : : | |
| Defendants. | : | |

## STIPULATION AND JUDGMENT ENTRY OF DISMISSAL

Now comes the Plaintiff, Chubb Custom Insurance Company, by and through counsel, and the Defendants, Richard and Jacqueline Gaston, by and through counsel, and by stipulation of all of the parties to this action.

It is hereby **ORDERED, ADJUDGED AND DECREED** that all claims asserted in this action, by virtue of any and all pleadings filed herein, and all potential claims of all parties that could have been asserted in this action, are hereby dismissed with prejudice. The remaining court costs are to be paid by Defendants, Richard and Jacqueline Gaston. Notwithstanding this dismissal, the Court retains jurisdiction over this case for the purpose of enforcing the terms of settlement, including the resolution of any liens. This entry terminates the case. It is so **ORDERED**.

Date: January 31, 2017

/s/ Terence P. Kemp
JUDGE JAMES L. GRAHAM
United States Magistrate Judge